1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12  CHRISTINA HERNANDEZ,                )        CASE NO. CV 08-1848 AGR
                                        )
13                      Plaintiff,      )
                                        )        JUDGMENT
14           vs.                        )
                                        )
15  MICHAEL J. ASTRUE, Commissioner of  )
    Social Security Administration,     )
16                                      )
                        Defendant.      )
17  _____     )

18      In accordance with the Memorandum Opinion filed concurrently herewith,

19      IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

20  Commissioner of Social Security Administration.

21

22
    DATED: April 16, 2009
23                                      _____
                                         ALICIA G. ROSENBERG
24                                       UNITED STATES MAGISTRATE JUDGE

25
26
27
28